BRONSON WINTHROP and Others, as Executors, etc., v. THE BANK FOR SAVINGS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE STANDARD CASING COMPANY, INC., v. CALIFORNIA CASING COMPANY, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES G. MANDEVILLE v. COLLEGE OF THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAM ZWEIFLER v. PUBLIC BANK OF NEW YORK CITY, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE SHERWOOD COMPANY v. OTTO VOLKENING.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROY J. POMEROY v. NEW YORK HIPPODROME CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KNUT HULTMAN and Others v. JOHN F. GILCHRIST, as Commissioner, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HARRY LIPSHITZ, as Administrator, etc., v. NEW YORK STEAM COMPANY, INC.— Motion for reargument denied. Motion for leave to appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GEORGE NOCOLAIDES v. AMEDEE VUCCINO and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

J. HARVEY FINCH v. L. B. FOSTER COMPANY, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES HALDANE v. NASH ROCKWOOD.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SADIE ZASLAWSKY and Others, as Executors, etc., v. LOUIS SCHWARTZ.— Motion for stay granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JAMES B. YOUNG v. MAX HAHN.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THOMAS D. KELLIHER v. O'BRIEN MORIARTY COMPANY, INC., and Others. — Motion denied. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.